**Opinion issued November 21, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00950-CR

———————————

## IN RE DAVID MICHAEL STARKS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus[1]

---

## MEMORANDUM OPINION

By petition for writ of mandamus, Relator David Michael Sparks challenges

the Information and Waiver of Indictment entered in the trial court.

We **deny** relator's petition for writ of mandamus. All outstanding motions

are **dismissed as moot**.

---

[1]     The underlying cause of action is *David Michael Starks v. The State of Texas*, in the District court of Harris County, Texas, 178th Judicial District, cause no. 1397088, the Honorable David Mendoza presiding.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).